IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| In re: | ) Chapter 11 |
| SCH CORP., et al., | ) Bk. No. 09-10198 (BLS) |
| Debtors. | ) |
| CFI CLASS ACTION CLAIMAINTS, | ) |
| Appellants, | ) |
| v. | ) Civ. No. 12-1576-SLR |
| CARL SINGLEY, | ) |
| Appellee. | ) |

# O R D E R

At Wilmington this 10th day of December, 2012, having received a recommendation from Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellants' brief in support of the appeal is due on or before **January 18, 2013.**

2. Appellee's brief in opposition to the appeal is due on or before **February 19, 2013.**

3. Appellants' reply brief is due on or before **March 5, 2013.**

_____
United States District Judge